No. 92–1523. BANK ONE, TEXAS, N. A., ET AL. *v.* WICHITA FALLS OFFICE ASSOCIATES. C. A. 5th Cir. Certiorari denied.

No. 92–1524. DAVIS *v.* FIRST NATIONAL BANK OF KILLEEN, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 92–1526. THOMSON *v.* SCHEID, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS ERIE COUNTY COMMISSIONER, ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–1527. HALL *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 92–1529. LAFFERTY *v.* HILL, DBA HILL'S MINI STORAGE, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 92–1530. 600 WEST 115TH STREET CORP. *v.* VON GUTFELD. Ct. App. N. Y. Certiorari denied.

No. 92–1531. FEINSTEIN *v.* CITY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–1532. MARITIME OVERSEAS CORP. ET AL. *v.* HAE WOO YOUN. Ct. App. La., 5th Cir. Certiorari denied.

No. 92–1534. SMITH *v.* AYRES. C. A. 5th Cir. Certiorari denied.

No. 92–1537. GONZALEZ *v.* SALVATION ARMY, DBA SALVATION ARMY CORRECTIONAL SERVICES. C. A. 11th Cir. Certiorari denied.

No. 92–1540. LOUISIANA INSURANCE GUARANTY ASSN. *v.* OLIVIER. C. A. 11th Cir. Certiorari denied.

No. 92–1542. TIJERINA *v.* STOWBRIDGE. C. A. 4th Cir. Certiorari denied.